

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN THE INTEREST OF A. M. R., A §  No. 08-16-00083-CV
CHILD,
§  Appeal from the

Appellant. §  383rd District Court

§  of El Paso County, Texas

§  (TC# 2015DCM1174)

§

# **O R D E R**

On May 16, 2016 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On May 24, 2016 Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall now be filed in this Court on or before June 26, 2016.

IT IS SO ORDERED this 25th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.